UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BETSEY ANN WOOD,

    Plaintiff,

vs.                                      CASE NO. 5:07cv65/RS/MD

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration,

    Defendant.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 17). Plaintiff does not oppose the Defendant's Motion to Remand (Doc. 16).

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's Motion to Remand (Doc. 16) is granted and the Commissioner's decision denying benefits is reversed.

3. This case is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).

4. Defendant is ordered to direct the Administrative Law Judge to consider whether plaintiff suffers from a mental impairment that was "severe" under the meaning of the Social Security Act, particularly in light of the ALJ's

    apparent deference to Robert Kline, III, Ph.D., who indicated plaintiff had at least "moderate" functional restrictions in several mental domains.

5.    The clerk is directed to close the file.

**ORDERED** on November 9, 2007.

    /S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**